FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 21-40958-MXM | Trustee Name: | Behrooz P. Vida |
|---|---|---|---|
| Case Name: | G & B ROOFING, INC. | Date Filed (f) or Converted (c): | 04/22/2021 (f) |
| For the Period Ending: | 6/30/2023 | §341(a) Meeting Date: | 06/15/2021 |
| | | Claims Bar Date: | 01/26/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Accounts receivable- Over 90 days old  Face amount: $153,775.76 Doubtful or uncollectible accounts: $153,775.76 (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Property of the estate.  The assets subject to third party's security interest.  Of inconsequential value to the bankruptcy estate. | | | | | |
| 2 | 2013 GMC Sierra Mileage: 2500 Other Information: Kelly Blue Book value (u) | $15,000.00 | $10,776.90 | | $14,205.00 | FA |
| Asset Notes: | Property of the estate. Trustee retained an auctioneer and sold the asset.  With the proceeds from the auction, Trustee paid off the lienholder per bankruptcy court order entered on 12/28/2021 [ECF No.  41].  The US Bank pay off letter dated 1/5/2022 , required a payment of $3,289.57 through 2/4/2022. | | | | | |
| 3 | Claim against ARC Roofing, LLC (u) | $0.00 | Unknown | OA | $0.00 | FA |
| Asset Notes: | Property of the estate.  The value assigned was strictly for the purpose of satisfying United States Trustee's internal rules and was not a reflection of the true value of the claim.  Trustee retained counsel and the estate commenced an adversary proceeding to collect on the claim.  The adversary proceeding was dismissed by order of the Bankruptcy Court.  Trustee tried to retain a state court attorney to represent the estate on a contingency basis.  Trustee was unsuccessful.  By an order of Bankruptcy Court entered on 3/22/2023, Trustee abandoned the asset [ECF No. 67] | | | | | |
| **TOTALS (Excluding unknown value)** | | $15,000.00 | $10,776.90 | | $14,205.00 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 05/22/2023 | Trustee's counsel to file her fee application soon. |
| 03/23/2023 | Trustee abandoned claim against ARC Roofing, LLC. |
| 01/12/2023 | Bankruptcy Court did not approve application to employ special counsel on contingency basis. |
| 09/16/2022 | Trustee is trying to find a state court counsel to act as special counsel on a contingency basis with respect to the estate's claim against ARC Roofing, LLC. |
| 05/03/2022 | After months of effort, US Bank will be forwarding clear title to Trustee for the 2013 GMC Sierra. |
| 03/04/2022 | The adversary which Trustee filed against ARC Roofing, LLC, was dismissed by Bankruptcy Court. |
| 01/21/2022 | Trustee will be changing bank.  No final reports will be submitted until after 2/22/2022, the date on which bank change will take place. |
| 01/07/2022 | Trustee forwarded payoff check to US Bank out of the proceeds of the auction in order to obtain clear title to the 2013 GMC Sierra. |
| 12/06/2021 | The 2013 GMC Sierra was sold at auction.   Trustee has requested payoff and pay instruction from US Bank. |
| 11/08/2021 | Trustee has commenced an adversary proceeding against ARC Roofing, LLC. |
| 11/01/2021 | The collection of the disputed accounts receivable from ARC Roofing, LLC, will require the filing of an adversary proceeding. |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 21-40958-MXM | Trustee Name: | Behrooz P. Vida |
|---|---|---|---|
| Case Name: | G & B ROOFING, INC. | Date Filed (f) or Converted (c): | 04/22/2021 (f) |
| For the Period Ending: | 6/30/2023 | §341(a) Meeting Date: | 06/15/2021 |
| | | Claims Bar Date: | 01/26/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): 04/28/2023 | Current Projected Date Of Final Report (TFR): 12/01/2023 | /s/ BEHROOZ P. VIDA | |
| | | BEHROOZ P. VIDA | |